besides a general denial alleged as a partial defense that the contract by mutual consent was " extended to and including the month of October, 1917, and beyond that time," and that during said time the exportation of caustic soda from the United States was prohibited, except upon licenses to be issued as prescribed; that applications for licenses for exportation of the balance of 825 tons of caustic soda to plaintiff were duly and seasonably made on behalf of defendant and denied by the United States authorities and that defendant was thereby without its fault prevented from making shipment.

*Robert L. Luce, Lloyd Church, Albert A. Hovell* and *Sidney A. Clarkson* for appellant.

*Robert McLeod Jackson* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J. Absent: MCLAUGHLIN, J.

---

JOSEPH L. VIESER, Appellant, *v.* DAVID S. BELLOWS, Respondent.

*Appeal — appeal to Appellate Division from determination of Appellate Term reversing judgment and granting new trial — stipulation for judgment absolute — on affirmance by Appellate Division appellant precluded from applying for leave to appeal to Court of Appeals.*

*Vieser* v. *Bellows*, 209 App. Div. 540, appeal dismissed.

(Submitted January 19, 1925; decided January 27, 1925.)

MOTION to dismiss an appeal, by permission, from a judgment, entered June 23, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed a determination of the Appellate Term reversing a judgment of the City Court of New York in favor of plaintiff entered upon a verdict directed by the court and granting a new trial.

The motion was made upon the ground that upon appealing to the Appellate Division from the deter-

mination of the Appellate Term, plaintiff stipulated for judgment absolute in the event of affirmance and thereby waived his privilege to apply for leave to appeal to this court.

*Jacob H. Corn* for motion.

*Max Silverstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on authority of *Gordon* v. *Hartman* (79 N. Y. 221).

---

SARAH SIEGEL, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

*Appeal — failure to file notice of appeal and undertaking within thirty days after obtaining permission to appeal.*

Siegel v. National Surety Co., 209 App. Div. 901, appeal dismissed.
(Argued January 19, 1925; decided January 27, 1925.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 23, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that defendant failed to file its notice of appeal and the required undertaking within thirty days after obtaining permission to appeal.

*Harry D. Mencher* for motion.

*Sidney J. Loeb* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.